

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00329-CV

**IN THE INTEREST OF T.R.L.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01666
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, counsel's motion to withdraw is GRANTED, and the trial court's judgment is AFFIRMED.

SIGNED September 25, 2013.

_____
Rebeca C. Martinez, Justice